**Order entered February 27, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01005-CR

**BOBBIE RICHELLE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82645-2012**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 24, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 22, 2014 order requiring findings.

We **GRANT** the February 24, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE